**Order entered May 20, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00109-CR

**RAYMOND OSCAR ROBLEDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00555-W**

### ORDER

Before the Court is the State's May 18, 2021 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due by June 21, 2021.

/s/    LANA MYERS
        JUSTICE